FILED

MARCH 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:

ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT
v.
BIG TEN CONFERENCE, INC. and
BIG TEN NETWORK SERVICES, LLC

**08 C 1342**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print)<br>Thomas C. Cronin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Thomas C. Cronin | |
| FIRM<br>Cummins & Cronin, LLC | |
| STREET ADDRESS<br>77 West Wacker Dr., Suite 4800 | |
| CITY/STATE/ZIP<br>Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6204065 | TELEPHONE NUMBER<br>312-578-0500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐