# CUMMINS & CRONIN, LLC

ATTORNEYS AND COUNSELORS

77 WEST WACKER DRIVE

SUITE 4800

CHICAGO, ILLINOIS 60601

TELEPHONE: (312) 578-0500

FACSIMILE: (312) 578-1234

ROBERT P. CUMMINS
rpc@cumminscronin.com

THOMAS C. CRONIN
tcc@cumminscronin.com

March 11, 2008

Michael W. Dobbins, Clerk
United States District Court
Northern District of Illinois – Eastern Division
United States Courthouse
219 Dearborn Street – Room 2010
Chicago, Illinois 60604

FILED
MAR 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:  Welsh v. Big Ten Conference, Inc. et al
     USDC No. 08 cv 1342

Dear Mr. Dobbins:

The attached is in response to your letter of March 6, 2008 (also enclosed). We understand the owner of the Trademark Registrations to be The Big Ten Conference, Inc.

If you have any questions, please feel free to contact me.

Very truly yours,

Robert P. Cummins

RPC/bn

Enclosures



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 11 04:15:34 EDT 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [Prev List] [Next List] [BOTTOM] [HELP]

[Logout] *Please logout when you are done to release system resources allocated for you.*

[Start] List At: ___   OR [Jump] to record: ___

**16 Records(s) found (This page: 1 ~ 16)**

[Submit]

**Refine Search** (big ten network)[COMB]
**Current Search: S1: (big ten network)[COMB] docs: 16 occ: 112**

|   | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78979876 | | BIG TEN NETWORK | TARR | LIVE |
| 2 | 78966000 | | BIG TEN NETWORK | TARR | LIVE |
| 3 | 78971650 | | BIG TEN NETWORK | TARR | LIVE |
| 4 | 78971645 | | BIG TEN NETWORK | TARR | LIVE |
| 5 | 78971639 | | BIG TEN NETWORK | TARR | LIVE |
| 6 | 78979877 | | BIG TEN NETWORK | TARR | LIVE |
| 7 | 78979540 | | BIG TEN NETWORK | TARR | LIVE |
| 8 | 78971652 | | BIG TEN NETWORK | TARR | LIVE |
| 9 | 78971648 | | BIG TEN NETWORK | TARR | LIVE |
| 10 | 78971647 | | BIG TEN NETWORK | TARR | LIVE |
| 11 | 78971644 | | BIG TEN NETWORK | TARR | LIVE |
| 12 | 78971636 | | BIG TEN NETWORK | TARR | LIVE |
| 13 | 77020176 | | BIG TEN NETWORK | TARR | LIVE |
| 14 | 77975265 | | BIG TEN NETWORK | TARR | LIVE |
| 15 | 77020174 | | BIG TEN NETWORK | TARR | LIVE |
| 16 | 77020173 | | BIG TEN NETWORK | TARR | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [Prev List] [Next List] [Top] [HELP]

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,
Clerk

Office of the Clerk

March 6, 2008

Robert Patrick Cummins
Cummins & Cronin, LLC
77 West Wacker Drive
Suite 4800
Chicago, IL 60601

Re: Welsh v. Big Ten Conference, Inc. et al
USDC No. 08 cv 1342

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Michael W. Dobbins, Clerk

By:   s/M. Cowan
      Deputy Clerk