U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 1342
Robert W. Welsh, d/b/a Big Ten Development,
          Plaintiff,
v.
Big Ten Conference, Inc., and Big Ten Network Services, LLC,
          Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant Big Ten Conference, Inc.

| NAME (Type or print) |  |
|---|---|
| Andrew S. Rosenman |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Andrew S. Rosenman |  |
| FIRM |  |
| Mayer Brown LLP |  |
| STREET ADDRESS |  |
| 71 South Wacker Drive |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6230148 | 312-782-0600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |