IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. WELSH d/b/a BIG TEN DEVENLOPMENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BIG TEN CONFERENCE, INC., and<br>BIG TEN NETWORK SERVICES, L.L.C.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 08 C 1342<br>)<br>)　Judge Joan B. Gottschall<br>)　Magistrate Judge Susan E. Cox<br>)<br>)<br>)<br>) |

## DEFENDANT BIG TEN CONFERENCE, INC.'S LOCAL RULE 3.2 STATEMENT

Defendant Big Ten Conference, Inc. (whose correct name is The Big Ten Conference, Inc.) states that it has no parent company and no publicly held company owns 10 percent or more of the company's stock.

Respectfully submitted,

THE BIG TEN CONFERENCE, INC.

Dated:  April 7, 2008

By:  /s/Andrew S. Rosenman
Andrew S. Rosenman
Richard M. Assmus
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606-4637
(312) 782-0600

5203770

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on April 7, 2008, copies of the foregoing Defendant Big Ten Conference, Inc.'s Local Rule 3.2 Statement and this Certificate of Service were caused to be served upon the following:

    Robert P. Cummins
    Thomas C. Cronin
    Cummins & Cronin LLC
    77 West Wacker Drive, Suite 4800
    Chicago, Illinois  60601

via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois.

                                                         MAYER BROWN LLP

                                                         By: <u>/s/Andrew S. Rosenman</u>
                                                         Andrew S. Rosenman
                                                         Richard M. Assmus
                                                         Emily M. Emerson
                                                         71 South Wacker Drive
                                                         Chicago, Illinois  60606
                                                         (312) 782-0600