## LIST OF EXHIBITS

1. April 23, 1998 letter from James E. Delany to Robert W. Welsh

2. April 23, 1998 letter from James E. Delany to Robert W. Welsh

3. *Big Ten Conference, Inc. v. Big Ten Worldwide Concert & Sport Club at Town Ctr., Ltd.*, No. 96-CV-70617, (E.D. Mich. Oct. 10, 2000)

4. "Big Ten", U.S. Registered Trademark No. 1969353 (April 23, 1996)

5. "Big Ten Conference", U.S. Registered Trademark No. 1782645 (July 20, 1993)

6. September 1, 2006 Intent-to-use Application to the U.S. Patent & Trademark Office for "Big Ten Network"

7. U.S. Patent & Trademark Office's Notice of Publication in the Official Gazette

8. U.S. Patent & Trademark Office's Notices of Allowance for "Big Ten Network" marks

9. Copies of unpublished cases available on Westlaw