IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. WELSH d/b/a BIG TEN DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>BIG TEN CONFERENCE, INC., and<br>BIG TEN NETWORK SERVICES, L.L.C.,<br><br>    Defendant. | Case No. 08 C 1342<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, April 10, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant Big Ten Conference, Inc. shall appear before the Honorable Joan B. Gottschall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Big Ten Conference, Inc.'s Rule 12(b)(6) Motion to Dismiss and Request for Attorneys' Fees Pursuant to 15 U.S.C. § 1117.

                                                        Respectfully submitted,

                                                        THE BIG TEN CONFERENCE, INC.

Dated: April 7, 2008                        By:   /s/Andrew S. Rosenman
                                                       Andrew S. Rosenman
                                                       Richard M. Assmus
                                                       MAYER BROWN LLP
                                                       71 South Wacker Drive
                                                       Chicago, IL  60606-4637
                                                       (312) 782-0600

5203769

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on April 7, 2008, copies of the foregoing Defendant Big Ten Conference, Inc.'s Rule 12(b)(6) Motion to Dismiss and Request for Attorney Fees Pursuant to 15 U.S.C. § 1117, and this Certificate of Service were caused to be served upon the following:

    Robert P. Cummins
    Thomas C. Cronin
    Cummins & Cronin LLC
    77 West Wacker Drive, Suite 4800
    Chicago, Illinois  60601

via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois.

                                              MAYER BROWN LLP

                                              By: /s/Andrew S. Rosenman
                                              Andrew S. Rosenman
                                              Richard M. Assmus
                                              Emily M. Emerson
                                              71 South Wacker Drive
                                              Chicago, Illinois  60606
                                              (312) 782-0600