IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>BIG TEN CONFERENCE, INC. and BIG TEN NETWORK SERVICES, LLC,<br><br>    Defendants. | Case No. 08 C 1342<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Susan E. Cox |

**WELSH'S MOTION FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Welsh hereby requests leave to file his First Amended Complaint. In support of this motion, Welsh states:

1.    On March 5, 2008, Welsh filed his complaint. Before and after filing the complaint, the parties had engaged in discussions and informal discovery. Since filing his complaint, Welsh has been provided with information from counsel for the Conference's co-defendant and will not proceed against one of the defendants, Big Ten Network Services, LLC.

2.    On April 7, 2008, The Big Ten Conference, Inc. filed its motion to dismiss.

3.    For the convenience of the Court and the parties, Welsh now seeks leave to file an amended complaint. Such amended pleaded will provide additional factual allegations that will obviate the issues raised by the motion to dismiss and Welsh will not assert any claims against Big Ten Network Services, LLC. Welsh requests fourteen days within which to file his amended complaint.

4.    Rule 15(a) of the Federal Rules of Civil Procedure provides that a party may amend a pleading by leave of court and "leave shall be freely given when justice so requires."

Welsh respectfully submits that leave is appropriate in this instance: an amended complaint will streamline this litigation so that it may proceed as efficiently as possible.

### *Conclusion*

For the foregoing reasons, the plaintiff respectfully requests that leave to file an amended complaint within fourteen days.

Dated: April 9, 2008

                                                             ROBERT W. WELSH,
                                                             d/b/a BIG TEN DEVELOPMENT

                                              By:   /s/ Robert P. Cummins
                                                        One of His Attorneys

Robert P. Cummins
Thomas C. Cronin
Cummins & Cronin LLC
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
T: (312)578-0500
F: (312)578-1234