IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1342 |
| v. | ) ) ) | Judge Joan B. Gottschall<br>Magistrate Judge Susan E. Cox |
| BIG TEN CONFERENCE, INC. and BIG TEN NETWORK SERVICES, LLC, | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, April 10, 2008, at 9:30 a.m. and incident to the presentation of The Conference's Motion to Dismiss or as soon thereafter as counsel may be heard, counsel for Plaintiff, Robert Welsh shall appear before the Honorable Judge Joan B. Gottschall in Room 2325 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion For Leave To File First Amended Complaint**.

Respectfully submitted,

ROBERT W. WELSH,
d/b/a BIG TEN DEVELOPMENT

By: /s/ Robert P. Cummins
One of His Attorneys

Robert P. Cummins
Thomas C. Cronin
Cummins & Cronin LLC
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
T: (312)578-0500
F: (312)578-1234

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 9, 2008, copies of the foregoing **Plaintiff's Motion For Leave To File First Amended Complaint**, and this Certificate of service were caused to be served upon the following:

Andrew S. Rosenman
Richard M. Assmus
Emily M. Emerson
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois.

By: /s/ Robert P. Cummins