# EXHIBIT D

# Trademark/Service Mark Application, Principal Register

Serial Number: 78966000
Filing Date: 09/01/2006

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | Big Ten Network |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Big Ten Network |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | The Big Ten Conference, Inc. |
| STREET | 1500 Higgins Road |
| CITY | Park Ridge |
| STATE | Illinois |
| ZIP/POSTAL CODE | 60068 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | NON-PROFIT CORPORATION |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 038 |
| DESCRIPTION | Television transmission services; streaming of audio and video material on the Internet |
| FILING BASIS | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | Entertainment services, namely, production and distribution of television programs; providing on-line information in the field of sports, television, video and audio entertainment via a global communications network; production and distribution of programs featuring sports, television, video and audio entertainment transmitted via wireless communication devices, namely cell phones, personal digital assistants, computers, and wireless handhelds; entertainment services, namely, providing |



EXHIBIT D

|  | on-line computer games |
|---|---|
| FILING BASIS | Section 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| DISCLAIMER | No claim is made to the exclusive right to use network apart from the mark as shown. |
| PRIOR REGISTRATION(S) | Applicant claims ownership of U.S. Registration Number(s) 1969353 and 1782645. |
| **SIGNATURE SECTION** | |
| SIGNATURE | /rma/ |
| SIGNATORY NAME | Richard M. Assmus |
| SIGNATORY DATE | 09/01/2006 |
| SIGNATORY POSITION | Attorney for Applicant |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 2 |
| NUMBER OF CLASSES PAID | 2 |
| SUBTOTAL AMOUNT | 650 |
| TOTAL AMOUNT | 650 |
| PAYMENT METHOD | DA |
| **ATTORNEY** | |
| NAME | Richard M. Assmus |
| FIRM NAME | Mayer Brown Rowe & Maw LLP |
| STREET | P.O. Box 2828 |
| CITY | Chicago |
| STATE | Illinois |
| ZIP/POSTAL CODE | 60690 |
| COUNTRY | United States |
| PHONE | 3127018623 |
| FAX | 3127069000 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| ATTORNEY DOCKET NUMBER | 06096961 |
| OTHER APPOINTED ATTORNEY(S) | Aric S. Jacover |
| **CORRESPONDENCE SECTION** | |
| NAME | Richard M. Assmus |
| FIRM NAME | Mayer Brown Rowe & Maw LLP |
| STREET | P.O. Box 2828 |
| CITY | Chicago |

| STATE | Illinois |
|---|---|
| ZIP/POSTAL CODE | 60690 |
| COUNTRY | United States |
| PHONE | 3127018623 |
| FAX | 3127069000 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Sep 01 14:45:38 EDT 2006 |
| TEAS STAMP | USPTO/BAS-143581616-20060 9011445389889933-78966000-200d0d0191d6822ae1e4f9d7e b5c93ff6-DA-4-20060901144 253661611 |

## Trademark/Service Mark Application, Principal Register

Serial Number: 78966000
Filing Date: 09/01/2006

### To the Commissioner for Trademarks:

MARK: (Standard Characters, see mark)
The mark consists of standard characters, without claim to any particular font, style, size, or color.
The literal element of the mark consists of Big Ten Network.
The applicant, The Big Ten Conference, Inc., a NON-PROFIT CORPORATION organized under the laws of Delaware, residing at 1500 Higgins Road, Park Ridge, Illinois, United States, 60068, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).
    International Class 038: Television transmission services; streaming of audio and video material on the Internet
    International Class 041: Entertainment services, namely, production and distribution of television programs; providing on-line information in the field of sports, television, video and audio entertainment via a global communications network; production and distribution of programs featuring sports, television, video and audio entertainment transmitted via wireless communication devices, namely cell phones, personal digital assistants, computers, and wireless handhelds; entertainment services, namely, providing on-line computer games
No claim is made to the exclusive right to use network apart from the mark as shown.
Applicant claims ownership of U.S. Registration Number(s) 1969353 and 1782645.
The applicant hereby appoints Richard M. Assmus and Aric S. Jacover of Mayer Brown Rowe & Maw LLP, P.O. Box 2828, Chicago, Illinois, United States, 60690 to submit this application on behalf of the applicant. The attorney docket/reference number is 06096961.
A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection

with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.
Signature: /rma/   Date: 09/01/2006
Signatory's Name: Richard M. Assmus
Signatory's Position: Attorney for Applicant
Mailing Address:
   Richard M. Assmus
   P.O. Box 2828
   Chicago, Illinois 60690
RAM Sale Number: 4
RAM Accounting Date: 09/05/2006
Serial Number: 78966000
Internet Transmission Date: Fri Sep 01 14:45:38 EDT 2006
TEAS Stamp: USPTO/BAS-143581616-20060901144538988933
-78966000-200d0d0191d6822ae1e4f9d7eb5c93
ff6-DA-4-20060901144253661611