IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIG TEN CONFERENCE, INC. and )<br>BIG TEN NETWORK SERVICES, LLC, )<br>)<br>Defendants. ) | No. 08C1342<br><br>JURY DEMAND |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on April 14, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, United Plaintiff, Robert W. Welsh's **Amended Motion for Leave to file First Amended Complaint**, a true and correct copy which is hereto attached.

ROBERT W. WELSH,
d/b/a BIG TEN DEVELOPMENT

By: /s/ Robert P. Cummins
One of His Attorneys

Robert P. Cummins
Thomas C. Cronin
Cummins & Cronin LLC
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
T: (312)578-0500
F: (312)578-1234

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing Notice of Filing and Plaintiff's **Amended Motion for Leave to file First Amended Complaint** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on April 14, 2008.

/s/ Robert P. Cummins