# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Robert W. Welsh

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01342
　　　　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Big Ten Conference, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall:Briefing schedule as to motion to dismiss, motion for attorney fees[11] is as follows :( Responses due by 5/1/2008, Replies due by 5/12/2008.) Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.