# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1342 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Welsh vs. Big Ten Conference, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing  held on 4/17/2008  regarding  motion to amend/correct [18]].  Welsh's amended motion for leave to file first amended complaint [18] is granted.  Defendants to file motion to dismiss   by 5/7/2008. Response by 5/21/2008.  Reply by 6/4/2008.  Ruling by mail.
Motion to dismiss [11]  is  denied as moot; Motion for attorney fees [11] is denied as moot; Motion for leave to file [15] is denied as moot.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|