IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT,  )<br>  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BIG TEN CONFERENCE, INC.  )<br>  )<br>Defendants.  )<br>  ) | Case No. 08 C 1342<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, counsel for Plaintiff, Robert Welsh shall appear before the Honorable Judge Joan B. Gottschall in Room 2325 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Rule 37 Motion to Enforce this Court's Case Management Order.**

Respectfully submitted,

ROBERT W. WELSH,
d/b/a BIG TEN DEVELOPMENT

By:   /s/ Robert P. Cummins
      One of His Attorneys

Robert P. Cummins
The Cummins Law Firm
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
T: (312)578-0500
F: (312)578-1234
Attorney No.: 37288

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 24, 2008, copies of the foregoing **Notice of Motion** for **Plaintiff's Rule 37 Motion to Enforce this Court's Case Management Order**, and this Certificate of service were caused to be served upon the following:

Andrew S. Rosenman
Richard M. Assmus
Emily M. Emerson
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

Thomas C. Cronin
Cronin & Co., LTD.
77 W. Wacker Drive
Suite 4800
Chicago, IL 60601
Ph:  (312) 201-7100

via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois.

By: /s/ Robert P. Cummins