IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT, | )<br>)<br>) |
| Plaintiff, | ) Case No. 08 C 1342<br>) |
| v. | ) Judge Joan B. Gottschall<br>) Magistrate Judge Susan E. Cox |
| BIG TEN CONFERENCE, INC. | )<br>) |
| Defendants. | )<br>) |

### NOTICE OF CHANGE OF NAMES AND ADDRESSES

Counsels for Plaintiff hereby file their change of names and addresses as follows:

**Thomas C. Cronin is now located at:**

Cronin & Co., LTD.
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 201-7100

**Robert P. Cummins is now located at:**

The Cummins Law Firm
77 West Wacker Drive, 4800
Chicago, Illinois 60601
(312) 578-0500

| | |
|---|---|
| The Cummins Law Firm, P.C. | Cronin & Co. Ltd. |
| /s/ Robert P. Cummins | /s/ Thomas C. Cronin |
| By:  Robert P. Cummins | By:  Thomas C. Cronin |
| The Cummins Law Firm, P.C. | Cronin & Co., LTD. |
| 77 West Wacker Drive, Suite 4800 | 77 W. Wacker Drive, Suite 4800 |
| Chicago, Illinois 60601 | Chicago, IL 60601 |
| (312) 578-0500 | (312) 201-7100 |
| Attorney No.: 37288 | Attorney No.: 37287 |

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that service of the foregoing Notice of Change of Names and Addresses shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on April 27, 2008.

                                                /s/ Robert P. Cummins