# EXHIBIT 2

**From:** Cummins, Robert [rpc@cumminscronin.com]
**Sent:** Tuesday, April 22, 2008 11:14 AM
**To:** Rosenman, Andrew S.; Assmus, Richard M.
**Cc:** Cronin, Thomas
**Subject:** discovery

ANDREW/RICHARD—Per the federal rules and the Court's direction, we need to get discovery off the ground ASAP. Please call us today. We need some documents from you folks (e.g. the TM search results and the responses to Ms.Masters' 5/19/98 memo) and we have a discovery/deposition plan in mind. We believe we have provided our documents (i.e. Bates Nos. W 1000 et seq.) but will be ready to supplement if you have other requests and if additional materials exist.