IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. WELSH d/b/a BIG TEN DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>THE BIG TEN CONFERENCE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 08 C 1342<br>)<br>)  Judge Joan B. Gottschall<br>)  Magistrate Judge Susan E. Cox<br>)<br>) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant The Big Ten Conference, Inc. shall appear before the Honorable Joan B. Gottschall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion for Stay of Discovery.

THE BIG TEN CONFERENCE, INC.

Dated: April 28, 2008

By:   /s/Andrew S. Rosenman
Andrew S. Rosenman
Richard M. Assmus
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606-4637
(312) 782-0600

5206620

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 28, 2008, copies of the foregoing Defendant's Notice of Motion and this Certificate of Service were caused to be served upon the following:

Robert P. Cummins
Thomas C. Cronin
Cummins & Cronin LLC
77 West Wacker Drive, Suite 4800
Chicago, Illinois  60601

via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois.

MAYER BROWN LLP

By:  /s/Andrew S. Rosenman
Andrew S. Rosenman
Richard M. Assmus
71 South Wacker Drive
Chicago, Illinois  60606
(312) 782-0600