IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1342 |
| v. | ) ) | Judge Joan B. Gottschall |
| BIG TEN CONFERENCE, INC., | ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) ) ) | |

## SUPPLEMENTAL OPPOSITION TO MOTION TO STAY DISCOVERY

The Court having taken the matter under advisement, we respectfully submit this supplemental opposition to the defendant's motion to stay. As noted in our April 28th filing, a resolution of the defendant's <u>proposed</u> motion to dismiss simply will not dispose of this entire case. *See Cohn v. Taco Bell Corp.*, 147 F.R.D. 154, 162 (N.D. Ill. 1993) (holding that "staying discovery is particularly inappropriate in this case because even if defendant were successful, defendant's motion would not be dispositive of the entire case"). And more specifically, such a <u>proposed</u> motion is certainly no justification for refusing to comply with this Court's pretrial order.

Moreover and as this Court is well aware, the filing of defendant's <u>proposed</u> motion to dismiss does not place discovery off-limits. S*ee Syngenta Seeds, Inc. v. BTA Branded, Inc.*, No. 05 C 6673, 2007 WL 3256848, *1-2 (N.D. Ill. Nov. 1, 2007) at *2 (that the need for discovery would be eliminated should a court grant a pending motion to dismiss does not alone justify a stay on discovery, as "[p]ermitting a stay of discovery simply upon the filing of such a motion would allow the exception to swallow the rule");

*see also J.D. Marshall Int'l, Inc. v. Redstart, Inc.*, 656 F. Supp. 830, 836-38 (N.D. Ill. 1987) and *Rubin v. Islamic Rep. Of Iran*, No. 03-C-9370, 2008 WL 192321, *10 (N.D. Ill. Jan. 18, 2008).

      We respectfully submit that the motion to stay should be denied and that the willful refusal of the defendant's counsel to confer pursuant to this Court's standing order should be immediately remedied.

                                **ROBERT W. WELSH,**
                                **d/b/a BIG TEN DEVELOPMENT**

                              By:   /s/ Robert P. Cummins
                                              One of His Attorneys

Robert P. Cummins
The Cummins Law Firm, P.C.
77 West Wacker Drive, Suite 4800
Chicago, Illinois  60601
T:  (312)578-0500
F:  (312)578-1234