IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1342 |
| v. | ) ) ) | Judge Joan B. Gottschall  Magistrate Judge Susan E. Cox |
| BIG TEN CONFERENCE, INC., | ) ) | |
| Defendants. | ) ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on May 5, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Counsel for Plaintiff's **Supplemental Opposition to Motion to Stay**, a true and correct copy which is hereto attached.

ROBERT W. WELSH,
d/b/a BIG TEN DEVELOPMENT

By:  /s/ Robert P. Cummins
One of His Attorneys

Robert P. Robert P. Cummins
The Cummins Law Firm, P.C.
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
T: (312)578-0500
F: (312)578-1234

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing Notice of Filing and Counsel for **Plaintiff's Supplemental Opposition to Motion to Stay** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users May 5, 2008.

/s/ Robert P. Cummins