## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Robert W. Welsh d/b/a Big Ten Development,  
        Plaintiff,

vs.

The Big Ten Conference, Inc.,  
        Defendant.

Case Number: 08 C 1342

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, The Big Ten Conference, Inc.

FILED  
May 6, 2008  
MAY 06 2008  YM  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Emily M. Emerson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>*/s/ Emily M. Emerson* | |
| FIRM<br>Mayer Brown LLP | |
| STREET ADDRESS<br>71 South Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6292773 | TELEPHONE NUMBER<br>(312) 701-8605 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |