IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT W. WELSH d/b/a BIG TEN DEVENLOPMENT, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1342 |
| v. | ) ) | Judge Joan B. Gottschall |
| | ) | Magistrate Judge Susan E. Cox |
| THE BIG TEN CONFERENCE, INC., | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S LIST OF EXHIBITS TO ITS MEMORANDUM OF LAW IN SUPPORT OF ITS RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND REQUEST FOR ATTORNEYS' FEES PURSUANT TO 15 U.S.C. § 1117**

1. *Big Ten Conference, Inc. v. Big Ten Worldwide Concert & Sport Club at Town Ctr., Ltd.*, No. 96-CV-70617, (E.D. Mich. Oct. 10, 2000)

2. "Big Ten", U.S. Registered Trademark No. 1969353 (April 23, 1996)

3. "Big Ten Conference", U.S. Registered Trademark No. 1782645 (July 20, 1993)

4. U.S. Patent & Trademark Office's Notice of Publication in the Official Gazette

5. U.S. Patent & Trademark Office's Notices of Allowance for "Big Ten Network" marks

6. U.S. Patent & Trademark Office's Certificate of Registration for "Big Ten Network"

7. Copies of unpublished cases available on Westlaw

                                            THE BIG TEN CONFERENCE, INC.

Dated: May 7, 2008         By:    /s/Andrew S. Rosenman
                                            Andrew S. Rosenman
                                            Richard M. Assmus
                                            Emily M. Emerson
                                            MAYER BROWN LLP
                                            71 South Wacker Drive
                                            Chicago, IL  60606-4637
                                            (312) 782-0600