IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. WELSH, d/b/a BIG TEN DEVELOPMENT, ) ) ) | |
| Plaintiff, ) | Case No. 08 C 1342 |
| ) | |
| v. ) ) | Judge Joan B. Gottschall |
| ) | Magistrate Judge Susan E. Cox |
| BIG TEN CONFERENCE, INC., ) ) | |
| Defendants. ) ) | |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on May 15, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Counsel for Plaintiff's **Response in Opposition to Motion to Dismiss**, a true and correct copy which is hereto attached.

                                            ROBERT W. WELSH,
                                            d/b/a BIG TEN DEVELOPMENT

                                      By:   /s/ Robert P. Cummins
                                                       One of His Attorneys

Robert P. Robert P. Cummins
The Cummins Law Firm, P.C.
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
T: (312)578-0500
F: (312)578-1234

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that service of the foregoing Notice of Filing **Plaintiff's Response in Opposition to Motion to Dismiss** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users May 15, 2008.

                                                      /s/ Robert P. Cummins